# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: PHILLIPS, BRIAN K | § Case No. 10-75230 |
| PHILLIPS, JOYCE A | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/28/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/08/2012            By:  /s/JAMES E. STEVENS
                                        Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PHILLIPS, BRIAN K § Case No. 10-75230
PHILLIPS, JOYCE A §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,020.29 |
| *and approved disbursements of* | $ 3,471.90 |
| *leaving a balance on hand of* [1] | $ 10,548.39 |
| **Balance on hand:** | $ 10,548.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,548.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,152.03 | 0.00 | 2,152.03 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 2,000.50 | 0.00 | 2,000.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,152.53 |
| Remaining balance: | $ 6,395.86 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   6,395.86

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   6,395.86

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,099.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance, LLC assignee First Bankcard | 8,705.77 | 0.00 | 1,234.63 |
| 2 | Capital One Bank (USA), N.A. | 1,332.89 | 0.00 | 189.03 |
| 3 | OPHRYS, LLC | 3,349.25 | 0.00 | 474.98 |
| 4 | Capital Recovery IV LLC | 6,904.18 | 0.00 | 979.14 |
| 5 | PYOD LLC its successors and assigns as assignee of | 15,983.84 | 0.00 | 2,266.79 |
| 6 | PYOD LLC its successors and assigns as assignee of | 3,255.70 | 0.00 | 461.72 |
| 7 | Chase Bank USA NA | 5,567.53 | 0.00 | 789.57 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 6,395.86 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/JAMES E. STEVENS
                         Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Brian K Phillips
Joyce A Phillips
    Debtors

Case No. 10-75230-MB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 3     Date Rcvd: Feb 17, 2012
                     Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2012.

```
db/jdb        +Brian K Phillips,    Joyce A Phillips,    1001 S. State St.,    Belvidere, IL 61008-5352
16309274      +Amy Hai,    7101 Martin Luther King Jr. Way S,    #116-187,    Seattle, WA 98118-3594
16309275      +Ann Luu,    7101 Martin Luther King Jr. Way S,    #116-187,    Seattle, WA 98118-3594
16309276      +Barclays Bank of Delaware,    P.O. Box 13337,    Philadelphia, PA 19101-3337
16309277      +Barclays Bank of Delaware,    c/o North Star Location Services,    4285 Genesee St.,
                Buffalo, NY 14225-1943
16309278     #+Beneficial,    P.O. Box 3425,    Buffalo, NY 14240-3425
16309279      +Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
16557919       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
                Charlotte, NC  28272-1083
16309281      +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
16309282      +Chase,    c/o MRS Associates of New Jersey,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
16898303       Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
16309285      +Citi Bank,    c/o Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-4047
16309284      +Citi Bank,    P.O. Box 6000,    The Lakes, NV 89163-0001
16309286      +Citibank,    P.O. Box 6000,    The Lakes, NV 89163-0001
16309287      +Citibank/Global Credit & Collection,    300 International Dr. #100,    Box 201,
                Buffalo, NY 14221-5783
16309288      +First National Bank,    P.O. Box 2557,    Omaha, NE 68103-2557
16309290      +GMAC,    P.O. Box 9001951,    Louisville, KY 40290-1951
16309291      +Hung Chan Luu,    7101 Martin Luther King Jr. Way S,    #116-187,    Seattle, WA 98118-3594
16309292      +Kent Luu,    7101 Martin Luther King Jr. Way S,    #116-187,    Seattle, WA 98118-3594
16309293      +PNC,    P.O. Box 1820,    Dayton, OH 45401-1820
16309294      +Willie Luu,    7101 Martin Luther King Jr. Way S,    #116-187,    Seattle, WA 98118-3594
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16555055      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 18 2012 03:00:56
                Asset Acceptance, LLC assignee  First Bankcard,    PO Box 2036,    Warren, MI 48090-2036
16309280      +E-mail/Text: bnc@ursi.com Feb 18 2012 03:51:55     Capital One Bank,
                c/o United Recovery Systems,    P.O. Box 722929,    Houston, TX 77272-2929
16477207       E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2012 04:15:30     Capital Recovery IV LLC,
                c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
                Miami FL 33131-1605
16309289      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 18 2012 03:00:56     First National Bank,
                c/o Asset Acceptance,    P.O. Box 2036,    Warren, MI 48090-2036
16560246      +E-mail/Text: bncmail@w-legal.com Feb 18 2012 04:56:21     OPHRYS, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16894792      +E-mail/Text: resurgentbknotifications@resurgent.com Feb 18 2012 02:59:49
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 6
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16309283*     +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0752-3          User: cshabez              Page 2 of 3            Date Rcvd: Feb 17, 2012
                              Form ID: pdf006            Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3               Date Rcvd: Feb 17, 2012
                              Form ID: pdf006            Total Noticed: 27


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2012 at the address(es) listed below:
              Gary C Flanders    on behalf of Debtor Brian Phillips garyflanders@sbcglobal.net
              James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```