**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  PHILLIPS, BRIAN K § Case No. 10-75230
    PHILLIPS, JOYCE A §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $219,495.00        Assets Exempt: $107,475.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,395.86   Claims Discharged
                                             Without Payment: $38,703.30

Total Expenses of Administration: $7,624.43

3) Total gross receipts of $ 14,020.29  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $14,020.29 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $132,808.78 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,624.43 | 7,624.43 | 7,624.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,872.46 | 45,099.16 | 45,099.16 | 6,395.86 |
| **TOTAL DISBURSEMENTS** | $177,681.24 | $52,723.59 | $52,723.59 | $14,020.29 |

4) This case was originally filed under Chapter 7 on October 21, 2010. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2012          By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Approximately 192 shares, Valspar Corp., purchas | 1129-000 | 5,719.68 |
| 1980 Chevy Camero, dealer value $15000 | 1129-000 | 8,300.00 |
| Interest Income | 1270-000 | 0.61 |
| **TOTAL GROSS RECEIPTS** | | **$14,020.29** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GMAC | 4110-000 | 16,989.82 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 4110-000 | 28,534.90 | N/A | N/A | 0.00 |
| NOTFILED | PNC | 4110-000 | 87,284.06 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$132,808.78** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 2,152.03 | 2,152.03 | 2,152.03 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 2,000.50 | 2,000.50 | 2,000.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.01 | 7.01 | 7.01 |
| Terry Firch | 3610-000 | N/A | 996.00 | 996.00 | 996.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 14.34 | 14.34 | 14.34 |
| The Valspar Corporation | 2810-000 | N/A | 1,601.51 | 1,601.51 | 1,601.51 |
| The Valspar Corporation | 3991-000 | N/A | 38.04 | 38.04 | 38.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| McGladrey & Pullen, LLP | 3310-000 | N/A | 665.00 | 665.00 | 665.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$7,624.43** | **$7,624.43** | **$7,624.43** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance, LLC assignee First Bankcard | 7100-000 | 8,583.96 | 8,705.77 | 8,705.77 | 1,234.63 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 1,307.23 | 1,332.89 | 1,332.89 | 189.03 |
| 3 | OPHRYS, LLC | 7100-000 | 3,349.25 | 3,349.25 | 3,349.25 | 474.98 |
| 4 | Capital Recovery IV LLC | 7100-000 | 6,904.18 | 6,904.18 | 6,904.18 | 979.14 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 15,983.84 | 15,983.84 | 15,983.84 | 2,266.79 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 3,176.47 | 3,255.70 | 3,255.70 | 461.72 |
| 7 | Chase Bank USA NA | 7100-000 | 5,567.53 | 5,567.53 | 5,567.53 | 789.57 |
| NOTFILED | Citi Bank c/o Client Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o MRS Associates of New Jersey | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank/Global Credit & Collection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hung Chan Luu | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First National Bank c/o Asset Acceptance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Willie Luu | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kent Luu | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank c/o United Recovery Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ann Luu | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank of Delaware c/o North Star Location | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amy Hai | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$44,872.46** | **$45,099.16** | **$45,099.16** | **$6,395.86** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75230  
**Case Name:** PHILLIPS, BRIAN K  
PHILLIPS, JOYCE A  
**Period Ending:** 05/16/12  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/21/10 (f)  
**§341(a) Meeting Date:** 11/22/10  
**Claims Bar Date:** 03/02/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | single family residence located at 1001 S State | 132,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | First Northern Credit Union - checking | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2 beds, 4 dressers, sofa, loveseat, chair, TV, D | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 5 | video tapes, dvds, with estimated retail value o | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | debtors' clothing, with estimated retail value o | 625.00 | 0.00 | DA | 0.00 | FA |
| 7 | jewelry, with estimated retail value of $600 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | golf clubs, with estimated retail value of $100 | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | bow flex, with estimated retail value of $150 | 75.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2 bicycles, with estimated retail value of $200 | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | camera, with estimated retail value of $50 | 25.00 | 0.00 | DA | 0.00 | FA |
| 12 | Life insurance with death benefit only | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Union pension, monthly benefit upon retirement | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Retirement annuity | 64,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Approximately 192 shares, Valspar Corp., purchas (See Footnote) | 6,100.00 | 6,100.00 | | 5,719.68 | FA |
| 16 | 2005 Chevy Silverado, subject to security intere | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2001 Chevy Malibu, dealer value $2600 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2003 Dodge Dakota, dealer value $6500 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1980 Chevy Camero, dealer value $15000 | 12,000.00 | 12,000.00 | | 8,300.00 | FA |
| 20 | work tools, with estimated retail value of $100 | 50.00 | 0.00 | DA | 0.00 | FA |
| 21 | 3 dogs, 1 cat | 0.00 | 0.00 | DA | 0.00 | FA |
| 22 | hand and power tools, with estimated retail valu | 200.00 | 0.00 | DA | 0.00 | FA |
| 23 | lawnmower, with estimated retail value of $100 | 50.00 | 0.00 | DA | 0.00 | FA |
| 24 | snow blower, with estimated retail value of $100 | 500.00 | 0.00 | DA | 0.00 | FA |
| 25 | snowmobile, with estimated retail value of $1000 | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.61 | FA |
| **26** | **Assets   Totals** (Excluding unknown values) | **$237,595.00** | **$18,100.00** | | **$14,020.29** | **$0.00** |

Printed: 05/16/2012 02:25 PM   V.13.02

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75230  
**Case Name:** PHILLIPS, BRIAN K  
PHILLIPS, JOYCE A  
**Period Ending:** 05/16/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/21/10 (f)  
**§341(a) Meeting Date:** 11/22/10  
**Claims Bar Date:** 03/02/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 15   Motion Denying Exemption in Valspar Stock set for 1/19/11

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011   **Current Projected Date Of Final Report (TFR):**   February 8, 2012 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-75230 | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | PHILLIPS, BRIAN K<br>PHILLIPS, JOYCE A | Bank Name:<br>Account: | The Bank of New York Mellon<br>9200-******26-65 - Checking Account |
| Taxpayer ID #: | **-***4399 | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 05/16/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/11 | {19} | Action Auctioneering | sale of Camaro at auction | 1129-000 | 8,300.00 | | 8,300.00 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75230, Bond #016018067 | 2300-000 | | 7.01 | 8,292.99 |
| 06/29/11 | 1002 | Terry Firch | payment of auction fees - chevrolet camaro | 3610-000 | | 996.00 | 7,296.99 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,297.05 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,297.11 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 14.34 | 7,282.77 |
| 08/30/11 | | The Valspar Corporation | sale of Valspar Corporation stock | | 4,080.13 | | 11,362.90 |
| | {15} | | gross proceeds from sale    5,719.68<br>of stock | 1129-000 | | | 11,362.90 |
| | | | taxes withheld    -1,601.51 | 2810-000 | | | 11,362.90 |
| | | | shareholder service fee    -38.04 | 3991-000 | | | 11,362.90 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 11,362.96 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,337.96 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,338.04 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,313.04 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,313.13 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,288.13 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 11,288.21 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,263.21 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,263.30 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,238.30 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,238.39 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,213.39 |
| 02/02/12 | 1003 | McGladrey & Pullen, LLP | Invoice #M-3788657-549 - tax preparation | 3310-000 | | 665.00 | 10,548.39 |
| 03/28/12 | 1004 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $2,000.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,000.50 | 8,547.89 |
| 03/28/12 | 1005 | JAMES E. STEVENS | Dividend paid 100.00% on $2,152.03, Trustee Compensation;  Reference: | 2100-000 | | 2,152.03 | 6,395.86 |
| 03/28/12 | 1006 | Asset Acceptance, LLC assignee First Bankcard | Dividend paid 14.18% on $8,705.77; Claim# 1; Filed: $8,705.77; Reference: | 7100-000 | | 1,234.63 | 5,161.23 |
| 03/28/12 | 1007 | Capital One Bank (USA), N.A. | Dividend paid 14.18% on $1,332.89; Claim# 2; Filed: $1,332.89; Reference: | 7100-000 | | 189.03 | 4,972.20 |
| 03/28/12 | 1008 | OPHRYS, LLC | Dividend paid 14.18% on $3,349.25; Claim# 3; Filed: $3,349.25; Reference: | 7100-000 | | 474.98 | 4,497.22 |
| 03/28/12 | 1009 | Capital Recovery IV LLC | Dividend paid 14.18% on $6,904.18; Claim# 4; | 7100-000 | | 979.14 | 3,518.08 |

Subtotals :    $12,380.74    $8,862.66

{} Asset reference(s)    Printed: 05/16/2012 02:25 PM    V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-75230 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | PHILLIPS, BRIAN K | | **Bank Name:** | The Bank of New York Mellon |
| | PHILLIPS, JOYCE A | | **Account:** | 9200-******26-65 - Checking Account |
| **Taxpayer ID #:** | **-***4399 | | **Blanket Bond:** | $372,000.00  (per case limit) |
| **Period Ending:** | 05/16/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $6,904.18; Reference: | | | | |
| 03/28/12 | 1010 | PYOD LLC its successors and assigns as assignee of | Dividend paid  14.18% on $15,983.84; Claim# 5; Filed: $15,983.84; Reference: | 7100-000 | | 2,266.79 | 1,251.29 |
| 03/28/12 | 1011 | PYOD LLC its successors and assigns as assignee of | Dividend paid  14.18% on $3,255.70; Claim# 6; Filed: $3,255.70; Reference: | 7100-000 | | 461.72 | 789.57 |
| 03/28/12 | 1012 | Chase Bank USA NA | Dividend paid  14.18% on $5,567.53; Claim# 7; Filed: $5,567.53; Reference: | 7100-000 | | 789.57 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 12,380.74 | 12,380.74 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 12,380.74 | 12,380.74 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$12,380.74** | **$12,380.74** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******26-65** | 12,380.74 | 12,380.74 | 0.00 |
| | **$12,380.74** | **$12,380.74** | **$0.00** |